# CRUSER, MITCHELL & NOVITZ

Attorneys At Law
175 PINELAWN ROAD
SUITE 301
MELVILLE, NEW YORK 11747

Telephone (631) 539-0375
Facsimile   (631) 539-0379
www.cmlawfirm.com

J. ROBB CRUSER*
WILLIAM T. MITCHELL*
RONDIENE E. NOVITZ

BETH S. GEREG
GARY E. DVOSKIN
---
KEITH V. TOLA
DAVID W. GROEGER

OFFICES IN:
ATLANTA
FLORIDA
INDIANA
NEW JERSEY
NEW YORK

*MEMBER OF THE GA BAR ONLY

December 22, 2010

VIA ECF

Honorable Magistrate Judge Lindsay
United States District Judge
814 Federal Plaza
Central Islip, New York 11722

      Re:    Litza D. Lopez, as Guardian of Edwin Aleman v. Bay Shore Union Free Schools
            Our File No.: 709.062
            Docket No.: 09-CV-00502

Dear Judge Lindsay:

      We represent the Defendants in the above captioned matter. We write to advise that this matter has been settled. At this time, Defendants await Plaintiffs' Stipulation of Discontinuance. In light of the foregoing, no additional conferences are necessary.

      Happy Holidays!!!

                              Respectfully Submitted,
                              CRUSER, MITCHELL & NOVITZ

                              Keith V. Tola, Esq.

KVT

CC: Paul L. Dashefsky, Esq.